# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 14, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134809 & (29) (30)

SUZANNE M. BAILEY, Personal
Representative of the Estate of Clyde
Richard Bailey, Deceased,
          Plaintiff-Appellee,

v

MAHMOOD A. KHALID, M.D. and
KHALID & ASSOCIATES, M.D., P.C.,
          Defendants-Appellants.

SC: 134809
COA: 278049
Oakland CC: 02-045523-NH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 19, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court. The motion for stay is DENIED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 14, 2007

Clerk

l0914